1056

THE STATE OF WASHINGTON, *Appellant*, v. JERRY NELSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09183-3, Suzanne M. Barnett, J., entered February 7, 2012. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Verellen, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MARLOS REYES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08468-8, Regina S. Cahan, J., entered March 16, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH MAYFIELD III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08971-0, Christopher A. Washington, J., entered March 15, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Lau and Verellen, JJ.

PATRICK A.T. JONES, *Individually and as Assignee, Appellant*, v. THE DEPARTMENT OF TRANSPORTATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-23162-3, John P. Erlick, J., entered February 24, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Verellen, JJ.